FILED
MJ 24-00403
2024 JAN 25 AM 10: 15
CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES
BY: ___ cbo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF(S): United States of America | CASE NUMBER: 01-CR-40200 |
| v. | |
| DEFENDANT(S): Paul Barnes | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __petition__
in the __Northern__ District of __California__ on __5-8-19__
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __5-8-19__
in violation of Title __18__ U.S.C., Section(s) __3583__
to wit: __Supervised Release Violation__

A warrant for defendant's arrest was issued by: __Jessie Mosley__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/24/24__
            Date

_____          __S Fellern__
Signature of Agent                Print Name of Agent

__VGMS__                          __Deputy__
Agency                            Title